UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CECILIA FRAHER, | ) | No. EDCV 14-506-SVW (AGR) |
| Petitioner, | ) ) | |
| | ) | JUDGMENT |
| v. | ) ) | |
| K. HUGHES, Warden, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Opinion and Order on Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the Petition is summarily dismissed.

DATED: March 26, 2014

STEPHEN V. WILSON
United States District Judge